JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LIONIL FERNANDEZ, | ) CV 12-9080-ODW (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| ELVIN VALENZUELA, Warden, | ) |
| Respondent. | ) |

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: January 24, 2014

_____
OTIS D. WRIGHT III
UNITED STATES DISTRICT JUDGE